IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOLLY LaBRECHE,

    Plaintiff,

  v.                                  CIV. NO. S-03-0028 PAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

MOLLY LaBRECHE,

    Plaintiff,

  v.                                  CIV. NO. S-06-1280 GGH

COMMISSIONER OF
SOCIAL SECURITY,
                                        NON-RELATED CASE ORDER

    Defendant.
_____/

        The court has received the Notice of Related Cases concerning the above-captioned cases, filed October 23, 2006. See Local Rule 83-123, E.D. Cal. The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so. The first filed case, numbered Civ.S. 03-0028 PAN, would now have to be reassigned

1

to Magistrate Judge Brennan as assigned Magistrate Judge Nowinski has retired.  Judge Brennan would have to recuse himself  as he previously supervised the attorney assigned to the case in his recent past employment with the United States Attorney's Office.   Therefore, reassignment of the matters to the same magistrate judge is not possible, nor likely to effect a substantial savings of judicial effort.

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: 10/30/06

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:076
LaBreche1280.rel.wpd