1  JESSE S. KAPLAN    CSB#103726
   5441 Fair Oaks Bl. Ste. C-1
2  Carmichael, CA   95608
   916/488-3030
3  916/489-9297 fax

4  Attorney for Plaintiff
   MOLLY LaBRECHE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| MOLLY LaBRECHE, | 2:006-CV-01280-GGH |
|---|---|
| Plaintiff, | |
| | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF; ORDER** |
| v. | |
| JO ANNE BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that plaintiff's time to file a reply brief in this matter is hereby extended from the present due date of March 9, 2007, by 17 days, to the new date of March 26, 2007. The extension is needed because plaintiff's attorney filed three summary judgment-related motions last week, has two days of hearing and a reply brief due this week, and has at least three further briefs due next week.

This is the first extension regarding this brief.

Dated: March 7, 2007              /s/    Jesse S. Kaplan
                                  JESSE S. KAPLAN
                                  Attorney at Law
                                  Attorney for Plaintiff

1

Dated: March 8, 2007                    /s/ Mark A. Win
                                        _____
                                        MARK A. WIN
                                        Special Assistant U.S. District Attorney
                                        Attorney for Defendant

## ORDER

For good cause shown, the requested extension of Plaintiff's time to file motion for summary judgement in *LaBreche v. Astrue*, is hereby APPROVED. Plaintiff shall file her reply brief on or before March 26, 2007.

SO ORDERED.

Dated: 3/13/07                          /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

labreche.ord2